IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN SZEWCZYK, individually and on Behalf of other persons similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>TRANSUNION DATA SOLUTIONS, LLC, a Foreign Corporation registered to do Business in the State of Illinois; and DOES 1 -10 inclusive,</br></br>Defendants. | )</br>)</br>)</br>)</br>) Case No.: 1:22-CV-02526</br>)</br>) Hon. Steven C. Seeger</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## **SCHEDULING ORDER UNDER RULE 16(b)**

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | 10/28/2022 |
| Service of process on any "John Does" | 12/2/2022 |
| Completion of Fact Discovery | 2/28/2023 |
| Disclosure of Plaintiff's Expert Report(s) | 3/31/2023 |
| Deposition of Plaintiff's Expert | 4/28//2023 |
| Disclosure of Defendant's Expert Report(s) | 5/26/2023 |
| Deposition of Defendant's Expert | 6/23/2023 |
| Class Certification Motion | 7/14/2023 |

| Dispositive Motions | To be set following decision on class certification. |

Date: July 6, 2022

Steven C. Seeger
United States District Judge